# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SOARES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIFFIN MOTOR HOMES, INC., et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-00484-JLT-SAB<br><br>ORDER VACATING OCTOBER 16, 2024 HEARING ON DEFENDANT'S MOTION TO CHANGE VENUE |

　　　　Defendants RV Country Inc. and Tiffin Motor Homes filed a motion to change venue on September 4, 2024. Oral argument on the motion is set for October 16, 2024. Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion to change venue was due on September 18, 2024. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). The matter is taken under submission and shall be decided on the papers.

　　　　Accordingly, IT IS HEREBY ORDERED that the hearing set for October 16, 2024, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:　**September 20, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1